Jennifer L. Falk (4568)
Assistant Attorney General
Jan Graham (1231)
Utah Attorney General
Attorneys for Defendant
160 E. 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah  84114-0856
Telephone:  (801) 366-0100

FILED
CLERK, U.S. DISTRICT COURT
-7 MAR 00 AM 10: 25
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

RECEIVED CLERK
MAR - 3 2000
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| KENNETH ROACH, et al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>THE UNIVERSITY OF UTAH, et al.,<br><br>          Defendants. | **ORDER OF DISMISSAL OF ACTION**<br><br>Civil No.  94CV163<br><br>Judge Tena Campbell<br><br>Entered on docket 3/7/00 by: Deputy Clerk |

The parties, by and through counsel, have filed a Joint Stipulation and Motion for Dismissal of Action in the above-entitled matter, seeking to dismiss this litigation with prejudice.  The Court has reviewed the stipulation of the parties and the pleadings on file.  Based upon its review of the file, the stipulation of the parties, and for good cause appearing, the parties' Joint Stipulation and Motion for Dismissal of Action is GRANTED.

The above-entitled litigation is hereby DISMISSED, WITH PREJUDICE, each party to bear its own costs.

148

IT IS SO ORDERED.

DATED this __7__ day of __March__, 2000.

BY THE COURT:

_____
HON. TENA CAMPBELL
DISTRICT COURT JUDGE

Order Approved as to Form:

_____
JEFFREY D. EISENBERG
Counsel for Plaintiffs

## CERTIFICATE OF MAILING

I hereby certify that I mailed a true and correct copy of the foregoing **ORDER OF DISMISSAL OF ACTION**, via Hand delivery ~~postage prepaid~~, this __3rd__ day of __MARCH__, 2000, to the following:

JEFFREY D. EISENBERG
WILCOX DEWSNUP & KING
2020 Beneficial Life Tower
36 South State Street
Salt Lake City UT  84111
Attorneys for Plaintiff

_____

2

```
                                                                      alf
                       United States District Court
                                 for the
                            District of Utah
                             March 7, 2000


                 * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:94-cv-00163



True and correct copies of the attached were either mailed or faxed by the
clerk to the following:


      Donald H. Hansen, Esq.
      UTAH ATTORNEY GENERAL'S OFFICE
      160 E 300 S
      PO BOX 140811
      SALT LAKE CITY, UT  84114-0856
      JFAX 9,3660101

      Jennifer L. Falk, Esq.
      UTAH ATTORNEY GENERAL'S OFFICE
      LITIGATION UNIT
      160 E 300 S 6TH FL
      PO BOX 140856
      SALT LAKE CITY, UT  84114-0856

      Mr. Jaryl L Rencher, Esq.
      EPPERSON & RENCHER
      10 W FIRST S STE 500
      SALT LAKE CITY, UT  84101

      Mr. Jeffrey D Eisenberg, Esq.
      DEWSNUP KING & OLSEN
      36 S STATE ST STE 2020
      SALT LAKE CITY, UT  84111

      Mr. Stephen Russell, Esq.
      729 BARTLETT CIR
      MOAB, UT  84532
      JFAX 8,435,2597321
```